# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| GUILLERMO RODRIGUEZ-FIERROS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 72196 |
| GUILLERMO RODRIGUEZ-FIERROS,<br>Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>Respondent. | No. 72197 |

**FILED**

FEB 17 2017

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEALS*

These are pro se notices of appeal from judgments of conviction. Second Judicial District Court, Washoe County; Scott N. Freeman, Judge.

The notices of appeal were untimely filed. NRAP 4(b); NRAP 26(a); NRAP 26(c). Because an untimely notice of appeal fails to vest jurisdiction in this court, *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we conclude that we lack jurisdiction to consider these appeals, and we

ORDER these appeals DISMISSED.

_____, J.
Hardesty

_____, J.
Parraguirre

_____, J.
Stiglich

17-05758

cc: Hon. Scott N. Freeman, District Judge
Washoe County Public Defender
Attorney General/Carson City
Washoe County District Attorney
Washoe District Court Clerk